IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HARVEY STEVENS, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOCKHEED MARTIN ENERGY SYSTEMS, INC., )<br>and BWXT Y-12, L.L.C., )<br>Defendant. ) | No. 3:06-CV-40<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant BWXT Y-12, L.L.C. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Harvey Stevens take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant BWXT Y-12, L.L.C. recover of the plaintiff Harvey Stevens its costs of action.

The final pretrial conference scheduled for August 15, 2006 and the trial scheduled for August 21, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of July, 2006.

                                                   s/ Patricia L. McNutt
                                                   Clerk of Court